# EXHIBIT A

# Application of U.S. Patent No. 8,001,465

# to

# Tractor Supply Company

A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of:

(a) determining display space requirement (DSR) for displaying the elements;

(b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:

   (i)   selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and

   (ii)  reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds;

(c) allocating column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values, such that the total width of all the columns and the total height of all the rows do not exceed the width and height, respectively, of the predetermined two dimensional display space; and

(d) displaying the elements in the space allocated to the corresponding cells.

| **Claim 1** | **Evidence** |
|---|---|
| <span style="color:red">A computer executable method for displaying elements of an information array within a predetermined two dimensional display space</span>, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A computer accessing the Tractor Supply Co website (www.tractorsupply.com) performs a method for displaying elements of an information array within a predetermined two dimensional display space when displaying elements of a webpage using flex containers. The predetermined two dimensional display space (e.g., the space allocated of the search area for the website tractorsupply.com) is created by constraints based on the finite pixels along a monitor's/display's width and finite width of the monitor/display itself.<br><br> |

Source: https://www.tractorsupply.com/

3

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item).  |

Source: https://www.tractorsupply.com/

4

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item). |



| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item).<br> |

Source: https://www.tractorsupply.com/

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item). |



Source: https://www.tractorsupply.com/

7

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item). |



Source: https://www.tractorsupply.com/

8

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item). |



Source: https://www.tractorsupply.com/

9

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows). For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item). |



| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows). For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item). |



| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 4-12, the flex container div.top-bar.text-gray containing items div (itself a container with an item, a.navbar-brand.pl-3 (itself a container with an item)), div.img-banner.d-xl-block.pl-md-2.mr-2, div.form-wrapper (itself a container with container/item form#searchBox.d-flex.align-items-center (which contains items svg.icon.icon-md-search and input#search_text_id.searchbox)), and div.icon-wrapper (itself a container with an item).  |

Source: https://www.tractorsupply.com/

12

| Claim 1 | Evidence |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, <span style="color:red">the elements of the information array have corresponding cells for display,</span> and at least two of said elements include text, said method comprising the steps of: | As illustrated above, the content of a flex container (i.e., elements of the information array) is contained within a flex item/box (i.e., corresponding cell for display). <br><br> The specification describes a CSS box model optimized for user interface design. In the flex layout model, the children of a flex container can be laid out in any direction, and can "flex" their sizes, either growing to fill unused space or shrinking to avoid overflowing the parent. Both horizontal and vertical alignment of the children can be easily manipulated. Nesting of these boxes (horizontal inside vertical, or vertical inside horizontal) can be used to build layouts in two dimensions. <br><br> CSS is a language for describing the rendering of structured documents (such as HTML and XML) on screen, on paper, etc. <br><br> ## 2. Flex Layout Box Model and Terminology <br><br> A **flex container** is the box generated by an element with a computed 'display' of 'flex' or 'inline-flex'. In-flow children of a flex container are called **flex items** and are laid out using the flex layout model. <br><br> ## 4. Flex Items <br><br> Loosely speaking, the flex items of a flex container are boxes representing its in-flow contents. <br><br>  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | The flex containers used by Defendant's website (tractorsupply.com) include text. For example, the flex container div.form-wrapper includes items with the text "Search" and "Tractor Supply Co."  |

Source: https://www.tractorsupply.com/

14

| **Claim 1** | **Evidence** |
|---|---|
| (a) determining display space requirement (DSR) for displaying the elements; | When a visitor visits Defendant's website, the visitor's computer/browser determines display space requirement (DSR) for displaying the elements. For example, a visitor's computer/browser determines the amount of space required to display the elements in the search area of the header for tractorsupply.com (e.g., the items "Search," search area, and search button) before distributing space.<br><br> |

Source: https://www.tractorsupply.com/

15

| **Claim 1** | **Evidence** |
|---|---|
| (b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:<br><br>(i) selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and<br><br>(ii) reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds; | When a visitor visits Defendant's website, the visitor's computer/browser moderates the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value.  In the example below, a visitor's computer/browser moderates the DSR value of the search area item (input#search_text_id.searchbox); its size was reduced from 538.9px to 512.28px.<br><br> |

Source: https://www.tractorsupply.com/

| **Claim 1** | **Evidence** |
|---|---|
| (b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:<br><br>(i) selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and<br><br>(ii) reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds; | The DSR value is moderated by selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds.  As illustrated in the previous slide, for example, the search area item (input#search_text_id.searchbox) was selected by the visitor's computer/browser for moderating; it had a base size of 538.9 pixels, which was larger than the 28px base size of the search button item (svg.icon.icon-md-search).<br><br> |

Source: https://www.tractorsupply.com/

17

| **Claim 1** | **Evidence** |
|---|---|
| (b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:<br><br>(i) selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and<br><br><span style="color:red">(ii) reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds;</span> | The DSR value is moderated by reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value represented of the DSR values of the elements corresponding to the column or row to which said element corresponds.  For example, the final size for the search area item (input#search_text_id.searchbox) in the example below was reduced by 26.62px based on the difference between its base size (538.9px) and the size requirements for other items in the header.<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| **(c)** allocating column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values, such that the total width of all the columns and the total height of all the rows do not exceed the width and height, respectively, of the predetermined two dimensional display space; and | When a visitor visits Defendant's website, the visitor's computer/browser allocates column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values. For example, a visitor's computer/browser determines and allocates widths and heights for the elements (as well as nested elements and containers) based on moderated sizes for items in the container (e.g., input#search_text_id.searchbox) such that the total width and height of the items in the container does not exceed the width and height of the container.  |

Source: https://www.tractorsupply.com/

19

| Claim 1 | Evidence |
|---|---|
| (c) allocating column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values, such that the total width of all the columns and the total height of all the rows do not exceed the width and height, respectively, of the predetermined two dimensional display space; and | The specification describes a CSS box model optimized for user interface design. In the flex layout model, the children of a flex container can be laid out in any direction, and can "flex" their sizes, either growing to fill unused space or shrinking to avoid overflowing the parent. Both horizontal and vertical alignment of the children can be easily manipulated. Nesting of these boxes (horizontal inside vertical, or vertical inside horizontal) can be used to build layouts in two dimensions. <br><br> CSS is a language for describing the rendering of structured documents (such as HTML and XML) on screen, on paper, etc. <br><br> ## 7. Flexibility <br><br> The defining aspect of flex layout is the ability to make the flex items "flex", altering their width/height to fill the available space in the main dimension. This is done with the 'flex' property. A flex container distributes free space to its items (proportional to their flex grow factor) to fill the container, or shrinks them (proportional to their flex shrink factor) to prevent overflow. |

| **Claim 1** | **Evidence** |
|---|---|
| (d) displaying the elements in the space allocated to the corresponding cells. | When a visitor visits Defendant's website, the visitor's computer/browser displays the elements in the space allocated to the corresponding cells. |



Source: https://www.tractorsupply.com/

| **Claim 1** | **Evidence** |
|---|---|
| (d) displaying the elements in the space allocated to the corresponding cells. | **1.1. Overview**<br><br>*This section is not normative.*<br><br>Flex layout is superficially similar to block layout. It lacks many of the more complex text- or document-centric properties that can be used in block layout, such as floats and columns. In return it gains simple and powerful tools for distributing space and aligning content in ways that web apps and complex web pages often need. The contents of a flex container:<br><br>• can be laid out in any flow direction (leftwards, rightwards, downwards, or even upwards!)<br>• can have their display order 'reversed' or rearranged at the style level (i.e., visual order can be independent of source and speech order)<br>• can be laid out linearly along a single (main) axis or wrapped into multiple lines along a secondary (cross) axis<br>• can "flex" their sizes to respond to the available space<br>• can be aligned with respect to their container or each other on the secondary (cross)<br>• can be dynamically collapsed or uncollapsed along the main axis while preserving the container's cross size<br><br>EXAMPLE 1<br>Here's an example of a catalog where each item has a title, a photo, a description, and a purchase button. The designer's intention is that each entry has the same overall size, that the photo be above the text, and that the purchase buttons aligned at the bottom, regardless of the length of the item's description. Flex layout makes many aspects of this design easy:<br><br>• The catalog uses flex layout to lay out rows of items horizontally, and to ensure that items within a row are all equal-height. Each entry is then itself a column flex container, laying out its contents vertically.<br><br><br>Figure 1 An example rendering of the code above. |